UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>Plaintiff,<br><br>v.<br><br>CORPORAL MARTINEZ, et al.,<br><br>Defendants. | No. 2:19-cv-0859 JAM KJN P<br><br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file objections to the court's order filed September 13, 2019. Plaintiff alleges that he is now in the Correctional Treatment Center ("CTC") awaiting transfer to an acute level of mental health care at the Department State Hospital ("DSH"), where they do not allow or authorize any legal papers or law library access. Plaintiff requests a 90-day extension of time to file objections to the September 13, 2019 order.

California Department of Corrections and Rehabilitation ("CDCR") records indicate that plaintiff is housed at the California Correctional Health Care Facility ("CCHCF") in Stockton, California.

Plaintiff is granted thirty days from the date of this order to file objections to the September 13, 2019 order. If plaintiff does not have access to his legal property and/or the law library in order to prepare his objections, plaintiff shall notify the court within thirty days of the

date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 15) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the September 13, 2019, court order.

Dated: October 31, 2019

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

corr0859.36sec