UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>Plaintiff,<br><br>v.<br><br>CORPORAL MARTINEZ, et al.,<br><br>Defendants. | No. 2:19-cv-0859 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 13, 2019, the undersigned dismissed plaintiff's complaint with thirty days to file an amended complaint. (ECF No. 9.)

Pending before the court is plaintiff's third motion for an extension of time to file objections to the September 13, 2019 order. (ECF No. 18.) In this motion, plaintiff alleges that he is housed at the California Correctional Health Care Facility ("CCHCF") in Stockton, California. Plaintiff alleges that he does not have access to any of his legal documents, including the September 13, 2019 order. Plaintiff alleges that following his transfer from California State Prison-Los Angeles to CCHCF, his legal property was not transferred to CCHCF.

Because plaintiff is unable to file objections or an amended complaint in response to the September 13, 2019 order, the undersigned requests that the litigation coordinator at CCHCF assist plaintiff in obtaining access to his legal materials so that he may comply with this court's

deadline. In light of the delay in receipt of plaintiff's property, plaintiff is granted an additional thirty days to file either objections or an amended complaint in response to the September 13, 2019 order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 18) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint or objections to the September 13, 2019 order;

3. The court requests that the litigation coordinator at CCHCF assist plaintiff in obtaining access to his legal materials so that he may comply with the court's deadline; and

4. The Clerk of the Court is directed to serve copies of this order on the litigation coordinator at the California Health Care Facility, P.O. Box 32110, Stockton, California, 95213, and Monica Anderson, Supervising Deputy Attorney General.

Dated: November 25, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cor859.eot(2)

2