UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>Plaintiff,<br><br>v.<br><br>CORPORAL MARTINEZ, et al.,<br><br>Defendants. | No. 2: 19-cv-0859 JAM KJN P<br><br><br><br>ORDER |

On December 13, 2019, plaintiff filed objections to the order filed September 13, 2019 dismissing plaintiff's complaint with leave to amend.  (ECF Nos. 9, 20.)  The undersigned construes plaintiff's objections as a request for reconsideration.

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed September 13, 2019 is affirmed;
2. Plaintiff is granted forty-five days from the date of this order to file an amended complaint.

DATED:  April 21, 2020

/s/ John A. Mendez_____ _____ \_\_\_\_\_

UNITED STATES DISTRICT COURT JUDGE

1